# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:*     *(212) 885-5259*
*Fax:*       *(917) 332-3730*
*Email:*     *john.kimball@blankrome.com*

May 22, 2023

Sarah O. Schrup
Office of the Clerk
United States Court of Appeals
 for the Seventh Circuit
Everett McKinley Dirksen
United States Courthouse
219 S. Dearborn Street - Room 2722
Chicago, IL 60604

Re:     *Webber v. Armslist, LLC*, No. 21-3198
        *Bauer v. Armslist, LLC*, No. 21-3207

Dear Ms. Schrup:

We represent Plaintiff-Appellants Richard Webber, as Special Administrator of the Estate of Sara J. Schmidt, and Erin Bauer and the Estate of Paul Bauer in the above-referenced appeals. We write in response to the letter of May 19, 2023 from Armslist's counsel.

Armslist's submission of supplemental authority fails to mention that Bauer and Webber do not simply claim that Armslist aided and abetted tortious activity, but also that Armslist is liable in negligence, negligence per se, public nuisance, and civil conspiracy. The allegations support those counts as a result of Armslist's independent wrongful conduct, and the recent Supreme Court decisions are irrelevant to those claims.

*Taamneh* and *Gonzalez* do not support the aiding and abetting counts either, as Plaintiffs' claims are based on Armslist's specific wrongful acts, not simply its algorithms.

Respectfully submitted,

John D. Kimball



## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: May 22, 2023

_____
*John D. Kimball*

*Attorney for Appellants Richard Webber, as Special Administrator of the Estate of Sara J. Schmidt, and Erin Bauer, and Paul Bauer by Administratrix Erin Bauer*